# IN THE SUPREME COURT OF THE STATE OF NEVADA

CALLISTER & ASSOCIATES, LLC, A NEVADA LIMITED LIABILITY COMPANY,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA, IN AND FOR THE COUNTY OF CLARK; AND THE HONORABLE RICHARD SCOTTI, DISTRICT JUDGE,
Respondents,
and
SUSAN DEROSA, AN INDIVIDUAL,
Real Party in Interest.

No. 72438

**FILED**

SEP 22 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DENYING PETITION

This original petition for a writ of mandamus or, in the alternative, a writ of prohibition challenges a district court order denying a motion to dismiss in a legal malpractice action. Having considered the petition and documents on file, we decline to intervene in this matter. *See* NRAP 21(b)(1); *Smith v. Eighth Judicial Dist. Court*, 107 Nev. 674, 677, 818 P.2d 849, 851 (1991) (stating that a petition for extraordinary writ relief is purely discretionary with this court). Accordingly, we

ORDER the petition DENIED.

_____, C.J.
Cherry

_____, J.
Douglas

_____, J.
Gibbons

_____, J.
Pickering

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Stiglich

cc: Hon. Richard Scotti, District Judge
Clark Hill PLLC
Shumway Van
Eighth District Court Clerk

